ORIGINAL

# In the United States Court of Federal Claims

No. 18-124T
(Filed: August 13, 2018)

FILED

AUG 1 3 2018

U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

BORA DUNDAR,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff filed a complaint on January 25, 2018, seeking refund of $3,270 in overpaid taxes for the 2014 tax year. After an extension of time, the government filed its answer to the complaint in May 2018. Pursuant to Rule 16(b) and Appendix A paragraphs 4–6 of the Rules of the United States Court of Federal Claims, the parties are expected to participate in the filing of a joint preliminary status report. In defendant's July 13, 2018, motion for leave to file a unilateral preliminary status report, government counsel represented that she was unable to reach plaintiff at the phone number or email address provided prior to the joint preliminary status report deadline.

On July 18, 2018, the court directed plaintiff to show cause indicating why plaintiff did not participate in the joint preliminary status report process. The order stated that failure to respond on or before August 8, 2018, would result in dismissal of plaintiff's claim. As of August 10, 2018, the court has not received a response from plaintiff to the show cause order.

Accordingly, the Clerk is directed to dismiss the complaint for failure to prosecute and enter judgment accordingly. No costs.

7018 0040 0001 1393 2997

_____
ERIC G. BRUGGINK
Senior Judge